Same case below, 330 Fed. Appx. 295.

■

**No. 09-9432. Laval Farmer, Petitioner v. United States.**

559 U.S. 1058, 130 S. Ct. 2365, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 3075.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 583 F.3d 131.

■

**No. 09-9447. Antonio Feliciano, Petitioner v. United States.**

559 U.S. 1058, 130 S. Ct. 2359, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 3000.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

■

**No. 09-9495. Christine Owad, Petitioner v. United States.**

559 U.S. 1058, 130 S. Ct. 2362, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 3009.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 363 Fed. Appx. 789.

■

**No. 09-7280. Paul Farnsworth, Petitioner v. Larry McNeil, et al.**

559 U.S. 1059, 130 S. Ct. 2367, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 3049.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1122, 130 S. Ct. 1074, 175 L. Ed. 2d 901, 2010 U.S. LEXIS 324.

■

**No. 09-7367. Donald C. Richardson, Petitioner v. Michigan State Treasurer.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 3043.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1124, 130 S. Ct. 1080, 175 L. Ed. 2d 905, 2010 U.S. LEXIS 409.

■

**No. 09-7439. Donald Griggs, Petitioner v. United States.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 3023.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1084, 130 S. Ct. 817, 175 L. Ed. 2d 573, 2009 U.S. LEXIS 8834.

■

**No. 09-7457. Curtis Fuller, Petitioner v. David Bergh, Warden.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 2935.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1151, 130 S. Ct. 1145, 175 L. Ed. 2d 979, 2010 U.S. LEXIS 699.